**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

GREGORIO EPIFANIO HERNANDEZ LOPEZ (1),
BRANDON ESCALANTE SANDOVAL (2),
JOSE JIMENEZ (3), and
ANTONIO CORTEZ (4),

Defendants.

Case No. **26-cr-02421-JES**
26mj3219

**I N F O R M A T I O N**

Title 18 U.S.C. §§ 555 - Conspiracy to Use Cross-Border Tunnel (Felony);
Title 21 U.S.C. §§ 952, 960, 963 - Conspiracy to Import a Controlled Substance (Felony)
Title 21 U.S.C. §§ 841, 846 - Conspiracy to Distribute a Controlled Substance (Felony)

The United States Attorney charges:

**Count 1**

Beginning on a date unknown and continuing up to and including May 29, 2026, within the Southern District of California and elsewhere, defendants GREGORIO EPIFANIO HERNANDEZ LOPEZ, BRANDON ESCALANTE SANDOVAL, and ANTONIO CORTEZ did knowingly and intentionally conspire with each other and with others, known and unknown, to use a tunnel and subterranean passage that crosses the international border between the United States and Mexico, other than a lawfully authorized tunnel or passage known to the Secretary of Homeland Security and subject to

inspection by Immigration and Customs Enforcement, to unlawfully smuggle controlled substances, in violation of Title 18, United States Code, Sections 555(c) and (d).

**Count 2**

Beginning on a date unknown and continuing up to and including May 29, 2026, within the Southern District of California and elsewhere, defendants GREGORIO EPIFANIO HERNANDEZ LOPEZ, BRANDON ESCALANTE SANDOVAL, and ANTONIO CORTEZ, did knowingly and intentionally conspire with others known and unknown to import 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952, 960, and 963.

**Count 3**

Beginning on a date unknown and continuing up to and including May 29, 2026, within the Southern District of California and elsewhere, defendants, GREGORIO EPIFANIO HERNANDEZ LOPEZ, BRANDON ESCALANTE SANDOVAL, JOSE JIMENEZ, AND ANTONIO CORTEZ, did knowingly and intentionally conspire with each other and with others, known and unknown, to distribute 5 kilograms and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, within the United States, in violation of Title 21, United States Code, Sections 841 and 846.

DATED: June 25, 2026

ADAM GORDON
United States Attorney

Michael A. Deshong

MICHAEL A. DESHONG
JORDAN ARAKAWA
Assistant U.S. Attorneys